UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEE BLANCHARD, Individually and On Behalf of All Others Similarly Situated, | Case No: 16-cv-07509 |
| Plaintiff, | [PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY CASE PENDING RESOLUTION OF CLASS ACTION SETTLEMENT PROCEEDINGS |
| v. | |
| WELLS FARGO BANK, N.A. and WELLS FARGO & COMPANY, | |
| Defendants. | |

Having considered the parties' Joint Stipulation to Stay Case Pending Resolution of Class Action Settlement Proceedings, and good cause appearing, IT IS HEREBY ORDERED that this action is stayed until the earlier of the following events: (i) the court overseeing the *Jabbari* Action denies the motion for preliminary approval of a class action settlement without leave to amend; or (ii) Plaintiffs opt out of the class action settlement and are excluded from the settlement class by order of the court overseeing the *Jabbari* Action; or (iii) either Party hereto serves a notice on the other that they are withdrawing from this Stipulation in ten (10) days hence and so notifies this Court on or before the tenth (10th) day. Upon the happening of any of the aforesaid events, Plaintiff will file an opposition to the pending motion to compel arbitration within twenty-one (21) days thereafter and Defendant will file their reply papers within thirty-five (35) days thereafter.

The parties are further ordered to file a status report by May 31, 2017 to provide an update as to the status of the motion for preliminary approval in the *Jabbari* Action.

So Ordered this 2nd day of May, 2017

Hon. Noel L. Hillman, USDJ
At Camden NJ