UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEE BLANCHARD, Individually and On Behalf of All Others Similarly Situated, | Case No.: 1:16-cv-07509-NLH-KMW |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| WELLS FARGO BANK, N.A. and WELLS FARGO & COMPANY, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Lee Blanchard ("Plaintiff") files this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41. Defendants have not filed an Answer or moved for summary judgment. No class has been certified in the Action.

Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: July 17, 2018

**GAINEY McKENNA & EGLESTON**

By: */s/ Barry J. Gainey*
Barry J. Gainey (BG7560)
95 Route 17 South, Suite 310
Paramus, NJ 07652
Telephone: (201) 225-9001
Facsimile: (201) 225-9002
Email: bgainey@gme-law.com

-and-

2

Thomas J. McKenna
Gregory M. Egleston
440 Park Avenue South, 5th Floor
New York, NY 10016
Tel: (212) 983-1300
Fax: (212) 983-0383
tjmckenna@gme-law.com
gegleston@gme-law.com

*Attorneys for Plaintiff*